**VACATE and DISMISS and Opinion Filed April 19, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00987-CV

**WENDELL TYLER, Appellant**
**V.**
**CREEKSIDE VILLAGE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03764-A**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Breedlove
Opinion by Justice Molberg

This is an appeal from the trial court's final judgment of possession in a forcible-detainer suit. The judgment was not superseded, and a writ of possession was served on appellant. Because it appeared appellant was no longer in possession of the property, and a forcible detainer action generally becomes moot when the tenant is no longer in possession of the premises, we questioned our jurisdiction over the appeal. *See Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 785, 787 (Tex. 2006) (only issue in forcible detainer action is possession, and issue becomes moot when tenant vacates property unless tenant has "potentially

meritorious claim of right to current, actual possession"); *Olley v. HVM, L.L.C.*, 449 S.W.3d 573, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied) (appellate courts lack jurisdiction over moot controversies).

We directed appellant to file a letter brief addressing the Court's concern and noted that, if we determined we lacked jurisdiction, we would set aside the trial court's judgment and dismiss the case. *See Marshall*, 198 S.W.3d at 785, 790 (when case becomes moot on appeal, appellate court must set aside trial court judgment and dismiss case). More than ten days have passed and appellant has not filed a letter brief or otherwise communicated with the Court. Accordingly, as it appears appellant is no longer in possession of the premises, we vacate the trial court's judgment and dismiss the case as moot. *See id.* at 790.

/Ken Molberg/
KEN MOLBERG
JUSTICE

220987F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

WENDELL TYLER, Appellant

No. 05-22-00987-CV      V.

CREEKSIDE VILLAGE
APARTMENTS, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-22-03764-
A.
Opinion delivered by Justice
Molberg, Justices Reichek and
Breedlove participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's final judgment and **DISMISS** the case.

Judgment entered April 19, 2023.